IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SARAH A. D'ANNIBALE,                          06-CV-1202-ST

              Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security
Administration, and the SOCIAL
SECURITY ADMINISTRATION,

          Defendants.


**DAVID B. LOWRY**
9900 S.W. Greenburg Road
Columbia Business Center, Suite 235
Portland, OR  97223
(503) 245-6309

              Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1 - ORDER

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAVID M. BLUME**
Social Security Administration
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, WA 98104
(206) 615-2730

Attorneys for Defendant


**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on May 17, 2007, in which she recommended granting Defendants' Motion to Dismiss (#14) Counts 2 and 3 of Plaintiff's First Amended Complaint.  Plaintiff filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered Plaintiff's Objections and concludes her Objections do not provide a basis to modify the

2 - ORDER

Findings and Recommendation.  This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#34) and, accordingly, **GRANTS** Defendants' Motion to Dismiss (#14) Counts 2 and 3 of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED this 25th day of June, 2007.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

3 - ORDER