DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'07 JUL 31 11:40USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Sarah D'Annibale

      **Plaintiff,**

vs.

      Civil No. 06-cv-01202-ST

**Commissioner of Social Security**

      **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$6.18**, costs in the amount of **$6.60**, and attorney's fees in the amount of **$4265.24**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 31st day of July, 2007.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**